# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ELIAS DAVID SANCHEZ RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> MARKWAYNE MULLIN et al., <br><br> Respondents. | Case No. 5:26-cv-01985-DFM <br><br> ORDER GRANTING PETITIONER'S UNOPPOSED HABEAS PETITION (Dkt. 1) |

On April 20, 2026, Petitioner Elias David Sanchez Rodriguez filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging his immigration detention a violation of the Due Process Clause of the Fifth Amendment. See Dkt. 1.

On April 28, 2026, Respondents filed an Answer, stating: "Petitioner appears to be a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) reconsideration granted in part, --- F. Supp. 3d ---, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), and amended and superseded on reconsideration, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). On December 18, 2025, the Bautista court entered final judgment as to the Bond Eligible Class. See Maldonado Bautista v. Noem, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025)." Dkt.

10. Respondents acknowledge that the <u>Bautista</u> court's December 18, 2025 declaratory judgment remains in place in this District. <u>See</u> <u>id.</u> Respondents state that "to the extent Petitioner would be entitled to any remedy via the Petition, at most it would be ordering a bond hearing to be held before an Immigration Judge under Section 1226(a)."

As Respondents do not advance any argument in opposition to the Petition, the unopposed Petition is **GRANTED**. Respondents are **ORDERED** to:

1.    Arrange for Petitioner to receive an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the Immigration Judge has jurisdiction under 8 U.S.C. § 1226(a) to consider release on bond. At the bond hearing, the Immigration Judge must review all evidence related to Petitioner's danger and flight risk and reach a reasoned decision regarding Petitioner's detention.

2.    Release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing.

3.    File a statement with the court within ten (10) days, attesting to Respondents' compliance with this Order.

**IT IS SO ORDERED.**

Date: May 5, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge