JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ELIAS DAVID SANCHEZ RODRIGUEZ, | Case No. 5:26-cv-01985-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN et al., | |
| Respondents. | |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on May 5, 2026.

Date: May 18, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge